UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE WYATT JR., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>STATE OF TEXAS FOOD SERVICE, et al.,<br><br>　　　　　　　　Defendants. | 21-CV-10446 (LTS)<br><br>CIVIL JUDGMENT |

　　　　Pursuant to the order issued December 9, 2021, dismissing this action,

　　　　IT IS ORDERED, ADJUDGED, AND DECREED that this action is construed as being brought solely by Plaintiff George Wyatt Jr., and is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. 28 U.S.C. § 1915(g). Plaintiff George Wyatt Jr. continues to be barred from filing any federal civil action under the *in forma pauperis* statute while he is a prisoner unless he is under imminent danger of serious physical injury. *See id.*

　　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　December 9, 2021
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge